IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN THE MATTER OF:              CASE NO.: 18-24148-LMI
                               CHAPTER 13
Fidel Flamini

                 Debtor
_____

**EXPEDITED MOTION TO TRANSFER OWNERSHIP OF PRIMARY RESIDENCE FROM DEBTOR TO AN ENTITY OWNED BY DEBTOR AND EMERGENCY HEARING REQUESTED**
(Basis for emergency: Debtor has a conditional loan approval which requires Court approval to transfer ownership of his primary residence.)

**COMES NOW**, the Debtor, Fidel Flamini, by and though his undersigned counsel, moves this Court for an Order Granting his Motion to Transfer Ownership of Primary Residence to an Entity Owned by Debtor a and in support would state as follows:

1. On November 14, 2018, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. On August 9, 2019, an Order Confirming Debtor's Eighth Amended Plan was entered, [ECF 94]. Debtor was denied a loan modification and the confirmed plan cures the mortgage arrears.

3. Debtor is seeking a refinance his mortgage in order to reduce his monthly mortgage obligation. Due to the Debtor being in bankruptcy, lenders are hesitant to refinance the Debtor personally, and as an underwriting condition, lenders are requiring the property ownership to be transferred to a corporation owned by the Debtor.

4. The Debtor has agreed to pay $525.00 through the bankruptcy plan for the filing of this Motion.

**WHEREFORE**, the Debtor, Fidel Flamini, prays that this Honorable Court grant the Motion to transfer ownership of Debtor's primary residence to an entity owned by the Debtor and for any other relief this Honorable Court deems just and proper.

## CERTIFICATION OF LOCAL RULE 9075-I

Debtor has a conditional loan approval which requires Court authorization to transfer ownership. The loan underwriter has advised that time is of the essence in Debtor securing authorization to transfer ownership.

Dated this 4th day of December 2019.

Submitted by:
/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
Cohen Legal Services, PA
12 SE 7th Street, Suite 805
Fort Lauderdale, FL 33301
Telephone: 305-570-2326
Email: rocky@lawcls.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded by CM/ECF to Nancy Neidich, Trustee, and all parties on the attached list, this 4th day of December 2019.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Submitted by:
/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
Cohen Legal Services, PA
12 SE 7th Street, Suite 805
Fort Lauderdale, FL 33301
Telephone: 305-570-2326
Email: rocky@lawcls.com