

**ORDERED in the Southern District of Florida on January 15, 2020.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| **IN THE MATTER OF:**<br>**Fidel Flamini** | **CASE NO.: 18-24148-LMI**<br>**CHAPTER 13** |
| **Debtor** | |

### ORDER GRANTING DEBTOR'S MOTION TO TRANSFER OWNERSHIP OF PRIMARY RESIDENCE FROM DEBTOR TO AN ENTITY OWNED BY DEBTOR ECF 109

**THIS MATTER** came to be heard on January 7, 2020 at 9:00am, on Debtor's Motion to Transfer Ownership of Primary Residence from Debtor to an Entity Owned by Debtor [ECF No. 109]. The Court being otherwise duly advised and based upon the record does hereby

**ORDERED** as follows:

1. The Debtor's Motion to Transfer Ownership of Primary Residence from Debtor to an Entity Owned by Debtor is GRANTED.

2. The Debtor may transfer ownership of property located at 8180 Old Cutler Road, Miami, FL 33143 ("the property") to an entity owned by the Debtor.

3. The property shall remain property of the estate upon the transfer of title.

4.       Attorney fees and cost is the amount of $525.00 for the filing and prosecuting the Motion is Granted.

###

Submitted by:
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
12 SE 7th Street, Suite 805
Fort Lauderdale, FL 33301
Telephone: 305-570-2326
Email: rocky@lawcls.com

Attorney Rachamin Cohen, Esq. is directed to serve copies of this Order on all interested parties and file a Certificate of Service with the Court.