UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **IN THE MATTER OF:**<br>Fidel E. Flamini | **CASE NO.: 18-24148-LMI**<br>**CHAPTER 13** |
| **Debtor** | |

## MOTION TO MODIFY CONFIRMED CHAPTER 13 BANKRUPTCY PLAN

**COMES NOW**, the Debtor, Fidel E Flamini, ("Debtor") by and though his undersigned counsel, and moves this Court for an Order Granting his Motion to Modify Confirmed Chapter 13 Plan and in support would state as follows:

1. On January 20, 2020, an Order Confirming Debtor's Modified Chapter 13 Plan was entered, [ECF No. 115].

2. Debtor is self-employed and has experienced a reduction in income due to the Covid-19 pandemic. Debtor seeks to modify his plan to absorb the missed plan payments. Pursuant to the CARES Act, Debtor seeks to modify his plan of reorganization from sixty months to eighty-four months.

**WHEREFORE**, Debtor, Fidel E Flamini, prays that this Honorable Court grant the relief to modify his plan to the full term provided by the CARES Act and for any other relief deemed just and proper.

Dated this 24th day of May 2020

Submitted by:
/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
Cohen Legal Services, PA
12 SE 7th Street, Suite 805
Fort Lauderdale, FL 33301
Telephone: 305-570-2326
Email: rocky@lawcls.com