UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN THE MATTER OF:
Fidel E. Flamini                                              CASE NO.: 18-24148-LMI

                                                                    Chapter 13
                 **Debtor**

## OBJECTION TO NOTICE OF POST-PETITION
## MORTGAGE FEES, EXPENSES AND CHARGES

Debtor, Fidel E Flamini, by and though undersigned counsel, files this *Objection to Notice of Post-Petition Mortgage Fees Expenses and Charges* and in support thereof states as follows:

1. Two Notice of Post-Petition Mortgage Fees, Expenses and Charges were filed on June 19, 2019 and March 20, 2020, by U.S. Bank National Association ("Creditor").

2. The Debtor's confirmed First Modified Plan cures and maintain the Creditor's claim.

3. The Notices of Post-Petition Fees filed by the Creditor, as outlined below, charge the Debtor a total of $3,288.00 in post-petition fees.

| Description | Date Incurred | Amount |
|---|---|---|
| Foreclosure attorney fees: Objection to sale | 2/28/2019 | $330.00 |
| Proof of Claim | 1/16/2019, 4/2/2019 | $750.00 |
| Property inspection fees | 6 separate inspections | $99.00 |
| Plan review and Objection to plan | 1/31/2019, 4/9/2019 | $650.00 |
| Mediation (1st phase) | 6/10/2019 | $700.00 |
| Property inspection fees | 7 separate inspections | $384.00 |
| Mediation (2nd phase) | 9/16/2019 | $375.00 |

4. Debtor asserts that the post-petition fees of $3,288.00 is excessive and should be disallowed and removed from Debtor's mortgage balance. The court in In re Porter, 399 B.R. 113, 119 (Bankr. D.N.H. 2008) analyzed the nature of post-petition fees concluding that:

>Many bankruptcy courts have held under analogous circumstances that simple tasks like reviewing numbers and filing in pre-printed, readily available blank forms as part of bankruptcy proceedings are costs best borne by creditors themselves, and should not be imposed on debtors via attorneys' fees. Cf. In re Madison, 337 B.R. 99, 105 (Bankr. N.D. Miss. 2006) (finding that preparing and filing a proof of claim is "ministerial in nature" for which no attorneys' fees should be allowed); In re Staggie, 255 B.R. 48, 56 & n.6 (Bankr. D. Idaho 2000) (noting that preparing a proof of claim is a task better left to the creditors' own staff and that it is "not unreasonable to expect the creditor's own staff to fill in the blanks of the form for a proof of claim, or to complete a loan payoff statement").

5. Debtor asserts that charging $3,288.00 in fees for filing a proof of claim, reviewing a plan with one secured creditor, conducting 13 post-petition property inspections, attending the Court Ordered mortgage modification mediation is an additional and unjust burden, on the Debtor who is curing the pre-petition default. As with In re Jaramillo, No. 09-33957 (Bankr. S.D. Fla March 1, 2010), the court found no justification for the creditor "incurring any fees in this case to protect its interest as the mortgage is admittedly non-modifiable and otherwise unaffected by this bankruptcy case". Debtor maintains there is no justification for the Creditor to charge $3,288.00 in post-petition fees and that such fees should be reduced to $1,644.00.

**WHEREFORE**, the Debtor, Fidel E Flamini, prays that this Honorable Court sustain the instant Objection to the Notice of Post-Petition Mortgage Fees, Expenses and Charges.

I HEREBY CERTIFY that a I am admitted to the Bar of the United States District court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated June 10, 2020

Submitted by:

/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
12 SE 7th Street
Suite 805
Fort Lauderdale, FL 33301
Telephone: 305-570-2326
Email: Rocky@lawcls.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded by CM/ECF to Nancy Neidich Trustee, and all additional parties on the attached list, this 10th day of June 2020.

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
Nancy Neidich        e2c8f01@ch13miami.com
Jessica Hicks        bankruptcynotices@kasslaw.com
Nicole Noel          bankruptcynotices@kasslaw.com

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Submitted by:
/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
Cohen Legal Services, PA
12 SE 7th Street, Suite 805
Fort Lauderdale, FL 33301
Telephone: 305-570-2326
Email: rocky@lawcls.com

VIA USPS:
Christiana Trust
501 Carr Rd. #100
Wilmington, DE 19809

Rushmore Loan Management Services, LLC
PO Box 55004
Irvine, CA 92619