

**ORDERED in the Southern District of Florida on June 22, 2020.**

*[signature]*

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**IN THE MATTER OF:**
**Fidel E. Flamini**                                    **CASE NO.:    18-24148-LMI**
                                                        **CHAPTER    13**

            Debtor            /

**AGREED ORDER SUSTAINING OBJECTION TO NOTICE OF
POST-PETITION MORTGAGE FEES EXPENSES AND CHARGES ECF NO. 125**

**THIS CAUSE** is scheduled to be heard on June 30, 2020, on Debtor's Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges [ECF No. 125]. Noting the agreement between the parties, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Debtor's Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges is SUSTAINED.

2. Secured creditor, U.S. Bank National Association, has an allowed Post-Petition Mortgage Fees, Expenses and Charges in the amount of $1,644.00.

3. To the extent the Debtor fails to pay the fees prior to the entry of the

Discharge in the Chapter 13 case, such fees shall remain due and payable and shall not be subject to the Discharge.

4. This Order is without prejudice for the Creditor to assert future Bankruptcy Fees under the loan documents, Bankruptcy Rule 3002.1, Section 506, or other appropriate mechanism, and Debtor shall be entitled to object to same.

###

Submitted by:
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
12 SE 7th Street, Suite 805
Fort Lauderdale, FL 33301
Telephone: 305-570-2326
Email: Rocky@lawcls.com

**Attorney Rachamin Cohen, Esq. is directed to serve copies of this Order on all interested parties and file a Certificate of Service with the Court.**